JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ANA MUÑIZ,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendant. | No. CV 18-01286 MWF(GJSx)<br><br>**DISMISSAL ORDER**<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the separately filed stipulation of the parties, this action is dismissed with prejudice. Each party shall bear its own fees, costs, and expenses.

Dated: June 26, 2018

_____
MICHAEL W. FITZGERALD
United States District Judge